GLR/mmh

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

CHANEL, INC.,

    Plaintiff,

v.                                         Case No. 07-2502-DJW

MINRAN PU d/b/a 100iBUY.COM,
et al.,

    Defendants.

**O R D E R**

A settlement conference has been scheduled before the undersigned Magistrate Judge **at 2:15 p.m. on March 11, 2008** in 628 United States Courthouse, 500 State Avenue, Kansas City, Kansas. The purpose of a settlement conference is to permit an informal discussion between the attorneys, parties, and the Magistrate Judge, bearing on settlement of the case.

A settlement conference statement of each party shall be submitted to opposing counsel and the undersigned Magistrate Judge by way of an e-mail as a WordPerfect document to the following e-mail address: **ksd_rushfelt_chambers@ksd.uscourts.gov**, on or before **March 4, 2008.** The settlement statement shall set forth the positions of the parties concerning issues of fact, issues of law, and damages or relief requested. (The settlement conference statement shall not exceed five pages in length and shall not be made a part of the case file.)

Neither the settlement conference statements nor communications during the settlement conference with the Magistrate Judge can be used by either party in the trial of the case.

In addition to counsel who will try the case being present, a person with actual settlement authority for the party, including but not limited to a representative of any insurer of the party, must likewise, be present for the conference. The Magistrate Judge may converse with the lawyers, the parties, or any one of them outside the hearing of the other.

Prior to the settlement conference, the attorneys should discuss settlement with their respective clients and opposing counsel should discuss settlement so the parameters of settlement have been explored in advance of the settlement conference.

There will be no further notice of the settlement conference.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 4th day of February 2008.

s/ Gerald L. Rushfelt<br>GERALD L. RUSHFELT<br>U.S. MAGISTRATE JUDGE

cc:   All counsel and *pro se* parties